# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-17-281-HE |
| ) | |
| JOHN CLARENCE BRADLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

NOW on this 25th day of September, 2018, on Motion of the plaintiff, United States of America, to dismiss Counts 2-101 of the Indictment herein as to the defendant, John Clarence Bradley, for the reason that such action would best serve the ends of justice in view of the defendant, John Clarence Bradley, having entered a plea of guilty to Count 1.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT Counts 2-101 of the Indictment returned herein on December 13, 2017, as to Defendant John Clarence Bradley, be and the same is hereby dismissed.

_____
JOE HEATON
United States District Judge

1